UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ABU-ART ROBINSON, et al.,                No. 2:10-cv-03014-MCE-KJN

    Plaintiffs,

  v.                                    MEMORANDUM AND ORDER

WACHOVIA MORTGAGE, et al.,

    Defendants.

----oo0oo----

Plaintiff filed this action on September 28, 2010, in the Superior Court of the State of California for the County of Sacramento. Defendant removed the case to this Court on November 9, 2010, and subsequently filed a Motion to Dismiss. That motion was granted with leave to amend on January 31, 2011. Plaintiff failed to file an amended complaint and, on January 11, 2012, this Court issued an Order to Show Cause why this action should not be dismissed for failure to adhere with the Federal Rules of Civil Procedure, Eastern District of California Local Rules and/or the orders of this Court.

///

1

1  By that OSC, the Court warned Plaintiff that a failure to respond
2  to the Court's Order would result in dismissal of this action
3  with prejudice and upon no further notice to any party.
4  Plaintiff nonetheless failed to file a response to the OSC.  This
5  action is therefore DISMISSED without leave to amend.  Fed. R.
6  Civ. P. 41(b); E.D. Cal. 110.  The Clerk of the Court is directed
7  to close this case.
8       IT IS SO ORDERED.
9  Dated: January 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE