1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   ABU-ART ROBINSON, et al.,          No. 2:10-cv-03014-MCE-KJN

12            Plaintiffs,

13        v.                            <u>MEMORANDUM AND ORDER</u>

14   WACHOVIA MORTGAGE, et al.,

15            Defendants.

16                        ----oo0oo----

17

18        Plaintiff filed this action on September 28, 2010, in the

19   Superior Court of the State of California for the County of

20   Sacramento.  Defendant removed the case to this Court on

21   November 9, 2010, and subsequently filed a Motion to Dismiss.

22   That motion was granted with leave to amend on January 31, 2011.

23   Plaintiff failed to file an amended complaint and, on January 11,

24   2012, this Court issued an Order to Show Cause why this action

25   should not be dismissed for failure to adhere with the Federal

26   Rules of Civil Procedure, Eastern District of California Local

27   Rules and/or the orders of this Court.

28   ///

                                   1

1  By that OSC, the Court warned Plaintiff that a failure to respond
2  to the Court's Order would result in dismissal of this action
3  with prejudice and upon no further notice to any party.
4  Plaintiff nonetheless failed to file a response to the OSC.  This
5  action is therefore DISMISSED without leave to amend.  Fed. R.
6  Civ. P. 41(b); E.D. Cal. 110.  The Clerk of the Court is directed
7  to close this case.

8       IT IS SO ORDERED.

9  Dated: January 31, 2012

12 MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE